# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN LAMBERT,** | : | **CIV. NO. 1:22-CV-1220** |
| **Plaintiff,** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **ROSS CASTEEL,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 12th day of February 2024, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that the defendant's motion to dismiss, (Doc. 23), is GRANTED, and the plaintiff's amended complaint is DISMISSED WITH PREJUDICE. The clerk is directed to CLOSE this case.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge